David Wolf (6688)
Lance Sorenson (10684)
Assistant Attorney General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Fifth Floor
P.O. Box 140874
Salt Lake City, Utah 84114-0874
Telephone: (801) 366-0100
Email: lancesorenson@agutah.gov

*Attorneys for the Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HANNAH PAISLEY ZOULEK, a Utah resident; JESSICA CHRISTENSEN, a Utah resident; LU ANN COOPER, a Utah resident; and VAL SNOW, a Utah resident,<br><br>Plaintiffs,<br><br>v.<br><br>KATIE HASS, in her official capacity as Director of the Utah Dept of Commerce Division of Consumer Protection; SEAN REYES, in his official capacity as Utah Attorney General,<br><br>Defendants. | **STIPULATION AND JOINT MOTION FOR STAY PENDING THE COMPLETION OF THE 2024 UTAH GENERAL LEGISLATIVE SESSION**<br><br>Case No.: 2:24-cv-00031-DAK-DAO<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Daphne A. Oberg |

The parties, through undersigned counsel, stipulate and jointly move the Court for an order staying proceedings pending the completion of the current Utah General Legislative Session.

Plaintiffs filed the Complaint on January 12, 2024, challenging provisions of Utah's Social Media Regulation Act ("the Act"). Plaintiffs served the Complaint and Summons on January 23, 2024. Defendants' response to the Complaint is presently due February 13, 2024. A preliminary injunction motion in another lawsuit challenging the same law is pending. *NetChoice LLC v. Reyes,* Civ. No. 23-cv-911.

Subsequent to the filing of the Complaint, on January 19, 2024, the Utah Legislature passed Senate Bill 89 ("SB89), amending the Act to postpone its effective date until October 1, 2024, and the Governor signed the bill into law the same day. SB89 is attached hereto as Exhibit 1.

On January 22, 2024, Judge David Barlow entered an Order striking the briefing schedule in *NetChoice* and directing the parties to meet and confer and provide a joint notice by March 15, 2024, proposing an updated briefing schedule. *See* Dkt. 41. In view of the January 22, 2024 Order, the parties have agreed to wait until the end of the current legislative session before further litigating this case.

The parties therefore stipulate and jointly move the Court for an order staying this case until after the legislative session. The parties agree to meet and confer and jointly propose a scheduling order to the Court no later than March 15, 2024. A proposed order is submitted simultaneously with this stipulation.

Respectfully submitted this 29th day of January, 2024.

**OFFICE OF THE UTAH ATTORNEY GENERAL**

/s/ *Lance Sorenson*
Lance Sorenson
David Wolf
Assistant Utah Attorneys General
*Counsel for the Defendants*

/s/ *Robert Corn-Revere*
Robert Corn-Revere
Kelley Bregenzer
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
(*E-Signature inserted by filing attorney with permission of Plaintiffs' counsel*)

Jerome H. Mooney
WESTON GARROU & MOONEY

Adam Sieff
Ambika Kumar
Chelsea T. Kelly
David M. Gossett
DAVIS WRIGHT TREMAINE, LLP

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on **January 29, 2024,** the foregoing **STIPULATION AND JOINT MOTION FOR STAY PENDING THE COMPLETION OF THE 2024 UTAH GENERAL LEGISLATIVE SESSION** was filed using the court's electronic filing system. I further certify that a true and correct copy was served, via email, to the following:

**Jerome H. Mooney**
WESTON GARROU & MOONEY
Jerrym@mooneylaw.com

**Adam Sieff**
**Ambika Kumar**
**Chelsea T. Kelly**
**David M. Gossett**
DAVIS WRIGHT TREMAINE, LLP
adamsieff@dwt.com
ambikakumar@dwt.com
davidgossett@dwt.com

**Kelley Bregenzer**
**Robert Corn-Revere**
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
bobcornrevere@dwt.com

*Attorneys for Plaintiffs*

        UTAH ATTORNEY GENERAL'S OFFICE

        */s/ Seth A. Huxford*
        SETH A. HUXFORD
        *Legal Secretary*