David Wolf (6688)
Lance Sorenson (10684)
Assistant Attorney General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Fifth Floor
P.O. Box 140874
Salt Lake City, Utah 84114-0874
Telephone: (801) 366-0100
Email: lancesorenson@agutah.gov

*Attorneys for the Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HANNAH PAISLEY ZOULEK, a Utah resident; JESSICA CHRISTENSEN, a Utah resident; LU ANN COOPER, a Utah resident; and VAL SNOW, a Utah resident,<br><br>Plaintiffs,<br><br>v.<br><br>KATIE HASS, in her official capacity as Director of the Utah Dept of Commerce Division of Consumer Protection; SEAN REYES, in his official capacity as Utah Attorney General,<br><br>Defendants. | **ORDER GRANTING JOINT MOTION FOR STAY PENDING THE COMPLETION OF THE 2024 UTAH GENERAL LEGISLATIVE SESSION**<br><br>Case No.: 2:24-cv-00031-DAK-DAO<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Daphne A. Oberg |

The Court, having reviewed the parties' Stipulation and Joint Motion for Stay Pending the Completion of the 2024 Utah General Legislative Session, and for good cause appearing, hereby GRANTS the motion and ORDERS the following:

(1) the case is stayed pending the completion of the 2024 Utah General Legislative Session;

(2) the parties are ordered to meet and confer after the end of the legislative session and jointly propose a scheduling order to the Court no later than March 15, 2024.

BY THE COURT

_____
Dale A. Kimball, U.S. District Judge