# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| HANNAH PAISLEY ZOULEK, et al,<br><br>Plaintiffs,<br><br>v.<br><br>SEAN D. REYES, in his official capacity as Attorney General of Utah,<br><br>KATHERINE HASS, in her official capacity as Director of the Division of Consumer Protection of the Utah Department of Commerce,<br><br>Defendants. | **JOINT NOTICE AND PROPOSED AMENDED SCHEDULING ORDER**<br><br>Case No. 2:24-cv-00031-DAK-DAO<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiffs Hannah Paisley Zoulek, Jessica Christensen, Lu Ann Cooper, and Val Snow, and Defendants Sean D. Reyes and Katherine Hass, in their official capacities, submit this Joint Notice and Proposed Amended Scheduling Order pursuant to this Court's January 29, 2024 Order. ECF No. 27.

The parties met and conferred on March 12, 2024. The Utah Legislature has passed new legislation that would repeal and replace Utah's Social Media Regulation Act, which is the subject of Plaintiffs' live complaint. ECF No. 2. The effective date of this new legislation is October 1, 2024. This new legislation is awaiting the Governor's approval, and the Governor is expected to approve. If the Governor approves legislation repealing and replacing the Social Media Regulation Act, the parties agree that Plaintiffs should amend their Complaint.

Consequently, the parties jointly propose the following amended scheduling order:

| | |
|---|---|
| Plaintiffs' First Amended Complaint and Motion for Preliminary Injunction (if any) Due | **May 31, 2024** |
| Defendants' Combined Opposition to Plaintiff's Motion for Preliminary Injunction *and* Motion to Dismiss (if any) | **June 28, 2024** |

| | |
|---|---|
| Plaintiffs' Combined Reply in Support of Motion for Preliminary Injunction *and* Opposition to Defendants' Motion to Dismiss | **July 26, 2024** |
| Defendants' Reply in Support of Motion to Dismiss | **August 9, 2024** |
| Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss | **At the Court's convenience** |

RESPECTFULLY SUBMITTED this 15 day of March, 2024.

/s/ *David N. Wolf*
Lance Sorenson
David Wolf
*Counsel for Defendants*

Ambika Kumar*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104

Adam S. Sieff*
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017

David M. Gossett*
Chelsea T. Kelly*
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C.  20005

*admitted *pro hac vice*

/s/ *Robert Corn-Revere*
Robert Corn-Revere*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, D.C. 20003

Kelley Bregenzer*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut St. Suite 900
Philadelphia, PA 19106

Jerome H. Mooney (Utah Bar #2303)
WESTON, GARROU & MOONEY
50 West Broadway, Suite 300
Salt Lake City, Utah 84101

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on **March 15, 2024,** the foregoing **JOINT NOTICE AND PROPOSED AMENDED SCHEDULING ORDER** was filed using the court's electronic filing system. I further certify that a true and correct copy was served, via email, to the following:

**Jerome H. Mooney**
WESTON GARROU & MOONEY
Jerrym@mooneylaw.com

**Adam Sieff**
**Ambika Kumar**
**Chelsea T. Kelly**
**David M. Gossett**
DAVIS WRIGHT TREMAINE, LLP
adamsieff@dwt.com
ambikakumar@dwt.com
davidgossett@dwt.com

**Kelley Bregenzer**
**Robert Corn-Revere**
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
bobcornrevere@dwt.com

*Attorneys for Plaintiffs*


UTAH ATTORNEY GENERAL'S OFFICE

*/s/ Seth A. Huxford*
SETH A. HUXFORD
*Legal Secretary*