# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **HANNAH PAISLEY ZOULEK, et al,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SEAN D. REYES, in his official capacity as Attorney General of Utah,**<br><br>**KATHERINE HASS, in her official capacity as Director of the Division of Consumer Protection of the Utah Department of Commerce,**<br><br>**Defendants.** | **AMENDED SCHEDULING ORDER**<br><br>Case No. 2:24-cv-00031-DAK-DAO<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Daphne A. Oberg |

This Court, having considered the parties' Joint Notice and Proposed Amended Scheduling Order, hereby enters the following Amended Scheduling Order:

1. Plaintiffs' First Amended Complaint and Motion for Preliminary Injunction (if any) shall be filed on or before May 31, 2024.

2. Defendants' Combined Opposition to Plaintiff's Motion for Preliminary Injunction *and* Motion to Dismiss (if any) shall be filed on or before June 28, 2024.

3. Plaintiffs' Combined Reply in Support of its Motion for Preliminary Injunction *and* Opposition to Defendants' Motion to Dismiss shall be filed on or before July 26, 2024.

4. Defendants' Reply in Support of their Motion to Dismiss shall be filed on or before August 9, 2024.

Signed this ___ day of _____, 2024.

BY THE COURT

_____
Dale Kimball
United States District Judge