AMBIKA KUMAR[*]
  ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
Telephone: (206) 622-3150

ADAM S. SIEFF[*]
  adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA  90017
Telephone: (213) 633-6800

DAVID M. GOSSETT[*]
  davidgossett@dwt.com
CHELSEA T. KELLY[*]
  chelseakelly@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC  20005
Telephone: (202) 973-4200

ROBERT CORN-REVERE[*]
  bob.corn-revere@thefire.org
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473  Ext. 209

DAVID RUBIN[*]
  David.Rubin@thefire.org
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
(215) 717-3473  Ext. 283

JEROME H. MOONEY (Utah Bar #2303)
  jerrym@mooneylaw.com
WESTON, GARROU & MOONEY
50 West Broadway, Suite 300
Salt Lake City, UT 84101
Telephone: (310) 442-0072

*Attorneys for Plaintiffs*
*[*]Admitted Pro hac vice*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| HANNAH PAISLEY ZOULEK, a Utah resident; JESSICA CHRISTENSEN, a Utah resident; LU ANN COOPER, a Utah resident; M.C., a Utah resident, by and through her parent, LU ANN COOPER; VAL SNOW, a Utah resident; and UTAH YOUTH ENVIRONMENTAL SOLUTIONS, a Utah association,<br><br>                    Plaintiffs,<br>v.<br><br>KATIE HASS, in her official capacity as Director of the Utah Division of Consumer Protection; SEAN REYES, in his official capacity as Utah Attorney General,<br><br>                    Defendants. | **DECLARATION OF AMBIKA KUMAR IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No. 2:24-cv-00031-DAK-DAO<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Daphne A. Oberg |

I, Ambika Kumar, declare as follows:

1. I am a partner in the law firm Davis Wright Tremaine LLP, have been admitted *pro hac vice* to practice before this Court, and am counsel for Plaintiffs in this matter. I make this declaration from personal knowledge and a review of the files and records in this matter.

2. Attached as Exhibit 1 is a true and correct copy of the following article attributed to Susan Laborde and published on TechReport.com on October 13, 2023: *Teenage Social Media Usage Statistics in 2023*, available at https://techreport.com/statistics/teenage-use-of-social-media-statistics/. My office obtained a copy of this article as well as the remaining exhibits to my declaration by visiting the websites listed in each paragraph. In addition, my office has omitted extraneous pages following this article. .

3. Attached as Exhibit 2 is a true and correct copy of the following article attributed to Jessica Hamilton, Jacqueline Nesi, and Sophia Choukas-Bradley and published in the Perspectives on Psychological Science journal on May 17, 2022: *Re-examining adolescent social media use and socioemotional well-being through the lens of the COVID-19 pandemic: A theoretical review and directions for future research*, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9081105/#R21.

4. Attached as Exhibit 3 is a true and correct copy of the Department of Health & Human Services' *U.S. Surgeon General's Advisory: Social Media and Youth Mental Health*, available at https://www.hhs.gov/sites/default/files/sg-youth-mental-health-social-media-advisory.pdf.

5. Attached as Exhibit 4 is a true and correct copy of Meta's June 14, 2022 press release (updated September 14, 2022), titled *New Tools and Resources for Parents and Teens in VR and on Instagram*, available at https://about.fb.com/news/2022/06/tools-for-parents-teens-vr-and-instagram/.

6. Attached as Exhibit 5 is a true and correct copy of Snapchat's Support website describing *Tools and Resources for Parents*, available at https://parents.snapchat.com/parental-controls.

7. Attached as Exhibit 6 is a true and correct copy of Apple's Support website: *Use Screen Time on your iPhone, iPad, or iPod touch*, available at https://support.apple.com/en-us/108806.

8. Attached as Exhibit 7 is a true and correct copy of Google's Support website: *Manage your child's screen time*, available at https://support.google.com/families/answer/7103340?hl=en.

9. Attached as Exhibit 8 is a true and correct copy of the homepages of the following services:

   a. Aura, available at https://www.aura.com/;

   b. Family Keeper, available at https://lp2.reasonlabs.com/family-keeper-parental-control-af-2/; and

   c. Bark, available at https://www.bark.us/.

10. Attached as Exhibit 9 is a true and correct copy of a certified transcript of the February 14, 2024 Utah House Judiciary Committee Hearing on HB464, as transcribed by TransPerfect, a vendor hired by my law firm.

11. Attached as Exhibit 10 is a true and correct copy of Utah Senate Bill 194 "Social Media Regulation Amendments," also available at https://le.utah.gov/~2024/bills/static/SB0194.html.

12. Attached as Exhibit 11 is a true and correct copy of excerpts from the Utah State Bulletin, Vol. 23, No. 20 (Oct. 15, 2023).

13. Attached as Exhibit 12 is a true and correct copy of a May 3, 2024 Staff Memorandum from the California Privacy Protection Agency, available at https://cppa.ca.gov/meetings/materials/20240510_item3_ab1949_memo.pdf.

14. Attached as Exhibit 13 is a true and correct copy of the following article attributed to Taylor Barkley at the Utah State University Center for Growth Opportunity and published on February 1, 2023: *Poll: Americans Don't Want To Share Their Photo ID To Tweet*, available at https://www.thecgo.org/benchmark/poll-americans-dont-want-to-share-their-photo-id-to-tweet/.

15. Attached as Exhibit 14 is a true and correct copy of the following Opinion paper by the United Kingdom Information Commissioner: *Age Assurance for the Children's Code*, published on October 14, 2021, available at https://ico.org.uk/media/about-the-ico/documents/4018659/age-assurance-opinion-202110.pdf.

16. Attached as Exhibit 15 is a true and correct copy of the American Psychological Association's article, *Health Advisory on Social Media Use in Adolescence*, published in May 2023, and available at https://www.apa.org/topics/social-media-internet/health-advisory-adolescent-social-media-use.

I declare under penalty of perjury that the foregoing is true and correct.

Signed in Seattle, Washington this 31st day of May, 2024.

_____
Ambika Kumar