David Wolf (6688)
Lance Sorenson (10684)
Assistant Attorney General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Fifth Floor
P.O. Box 140874
Salt Lake City, Utah 84114-0874
Telephone: (801) 366-0100
Email: lancesorenson@agutah.gov

*Attorneys for the Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HANNAH PAISLEY ZOULEK, a Utah resident; JESSICA CHRISTENSEN, a Utah resident; LU ANN COOPER, a Utah resident; M.C., a Utah resident, by and through her parent, LU ANN COOPER; VAL SNOW, a Utah resident; and UTAH YOUTH ENVIRONMENTAL SOLUTIONS, a Utah association,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>KATIE HASS, in her official capacity as Director of the Utah Dept of Commerce Division of Consumer Protection; SEAN REYES, in his official capacity as Utah Attorney General,<br><br>　　　　　　　　　　　Defendants. | **NOTICE OF MOTION TO CONSOLIDATE THIS CASE INTO CASE No. 2:23cv0911**<br><br>Case No.: 2:24-cv-00031-DAK-DAO<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Daphne A. Oberg |

Defendants, by and through counsel, hereby give notice, pursuant to DUCivR 42-1(b), that a Stipulation and Joint Motion to Consolidate this case into Civ. No. 23-cv-911, *NetChoice LLC v. Reyes and Hass*, has been filed in that lower numbered case. A copy of that motion is attached hereto as Exhibit A.

Respectfully submitted this 18th day of June, 2024.

**OFFICE OF THE UTAH**
**ATTORNEY GENERAL**

/s/ *Lance Sorenson*
Lance Sorenson
David Wolf
Assistant Utah Attorneys General
*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on **June 18, 2024,** the foregoing **NOTICE OF MOTION TO CONSOLIDATE** was filed using the court's electronic filing system. I further certify that a true and correct copy was served, via email, to the following:

**Jerome H. Mooney**
WESTON GARROU & MOONEY
Jerrym@mooneylaw.com

**Adam Sieff**
**Ambika Kumar**
**Chelsea T. Kelly**
**David M. Gossett**
DAVIS WRIGHT TREMAINE, LLP
adamsieff@dwt.com
ambikakumar@dwt.com
davidgossett@dwt.com

**David Rubin**
**Robert Corn-Revere**
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
bobcornrevere@dwt.com

*Attorneys for Plaintiffs*

        UTAH ATTORNEY GENERAL'S OFFICE

        */s/ Seth A. Huxford*
        SETH A. HUXFORD
        *Legal Secretary*