AMBIKA KUMAR[*]
  ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
Telephone: (206) 622-3150

ADAM S. SIEFF[*]
  adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA  90017
Telephone: (213) 633-6800

DAVID M. GOSSETT[*]
  davidgossett@dwt.com
CHELSEA T. KELLY[*]
  chelseakelly@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC  20005
Telephone: (202) 973-4200

ROBERT CORN-REVERE[*]
  bob.corn-revere@thefire.org
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473  Ext. 209

DAVID RUBIN[*]
  David.Rubin@thefire.org
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
(215) 717-3473  Ext. 283

JEROME H. MOONEY (Utah Bar #2303)
  jerrym@mooneylaw.com
WESTON, GARROU & MOONEY
50 West Broadway, Suite 300
Salt Lake City, UT 84101
Telephone: (310) 442-0072

*Attorneys for Plaintiffs*
*\*Admitted Pro hac vice*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| HANNAH PAISLEY ZOULEK, a Utah resident; JESSICA CHRISTENSEN, a Utah resident; LU ANN COOPER, a Utah resident; M.C., a Utah resident, by and through her parent, LU ANN COOPER; VAL SNOW, a Utah resident; and UTAH YOUTH ENVIRONMENTAL SOLUTIONS, a Utah association,<br><br>                       Plaintiffs,<br><br>v.<br><br>KATIE HASS, in her official capacity as Director of the Utah Division of Consumer Protection; SEAN REYES, in his official capacity as Utah Attorney General,<br><br>                       Defendants. | **DECLARATION OF ADAM S. SIEFF IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No. 2:24-cv-00031-RJS-CMR<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

I, Adam S. Sieff, hereby declare as follows:

1. I am an attorney with Davis Wright Tremaine LLP, counsel for Plaintiffs in this lawsuit. I have personal knowledge of the matters set forth in this declaration and am competent to testify to them.

2. Attached as **Exhibit 1** is a true and correct copy of the article Candace L. Odgers, *The Great Rewiring: Is Social Media Really Behind An Epidemic of Teenage Mental Illness?*, 628 NATURE 29 (2024).

3. Attached as **Exhibit 2** is a true and correct copy of the article Candace L. Odgers and Michaeline R. Jensen, *Annual Research Review: Adolescent mental health in the digital age: facts, fears, and future directions*, 61:3 J. OF CHILD PSYCH. AND PSYCHIATRY 336 (2020).

4. Attached as **Exhibit 3** is a true and correct copy of the article Matti Vuorre and Andrew K. Przybylski, *Estimating the Association Between Facebook Adoption and Well-Being in 72 Countries*, ROYAL SOCIETY OPEN SCIENCE (July 14, 2023).

5. Attached as **Exhibit 4** is a true and correct copy of the article Jean M. Twenge, *Have Smartphones Destroyed a Generation?* THE ATLANTIC (Sept. 2017).

6. Attached as **Exhibit 5** is a true and correct copy of the article Candace L. Odgers, *The Panic Over Smartphones Doesn't Help Teens*, THE ATLANTIC (May 21, 2024).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of July 2024 in Los Angeles, California.

Adam S. Sieff

1