IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HANNAH PAISLEY ZOULEK, a Utah resident; JESSICA CHRISTENSEN, a Utah resident; LU ANN COOPER, a Utah resident; M.C., a Utah resident, by and through her parent, LU ANN COOPER; VAL SNOW, a Utah resident; and UTAH YOUTH ENVIRONMENTAL SOLUTIONS, a Utah association, | **ORDER GRANTING [78] JOINT MOTION TO STAY PROCEEDINGS PENDING APPEAL** |
| Plaintiffs, | Case No: 2:24-cv-00031-RJS-CMR |
| v. | Judge Robert J. Shelby |
| SEAN D. REYES, in his official capacity as Attorney General of Utah, and KATHERINE HASS, in her official capacity as Director of the Division of Consumer Protection of the Utah Department of Commerce, | Magistrate Judge Cecilia M. Romero |
| Defendants. | |

Having considered the parties' Joint Motion to Stay Proceedings Pending Appeal (Motion) (ECF 78), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that further proceedings in this case are stayed pending resolution of the interlocutory appeal in *NetChoice v. Reyes, et al*, No. 24-4100 (10th Cir.). The court directs the parties to meet and confer within two weeks following the issuance of a decision from the Tenth Circuit in the *NetChoice* case and propose a scheduling order to the court, including a new deadline for Defendants to respond to Plaintiffs' Second Amended Complaint.

DATED this 18 October 2024.

*Cecilia M. Romero*

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah