AMBIKA KUMAR[*]
 ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
Telephone: (206) 622-3150

ADAM S. SIEFF[*]
 adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA  90017
Telephone: (213) 633-6800

DAVID M. GOSSETT[*]
 davidgossett@dwt.com
CHELSEA T. KELLY[*]
 chelseakelly@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC  20005
Telephone: (202) 973-4200

ROBERT CORN-REVERE[*]
 bob.corn-revere@thefire.org
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473  Ext. 209

DAVID RUBIN[*]
 David.Rubin@thefire.org
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
(215) 717-3473  Ext. 283

JEROME H. MOONEY (Utah Bar #2303)
 jerrym@mooneylaw.com
WESTON, GARROU & MOONEY
50 West Broadway, Suite 300
Salt Lake City, UT 84101
Telephone: (310) 442-0072

*Attorneys for Plaintiffs*
*\*Admitted Pro hac vice*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| HANNAH PAISLEY ZOULEK, a Utah resident; JESSICA CHRISTENSEN, a Utah resident; LU ANN COOPER, a Utah resident; M.C., a Utah resident, by and through her parent, LU ANN COOPER; VAL SNOW, a Utah resident; and UTAH YOUTH ENVIRONMENTAL SOLUTIONS, a Utah association,<br><br>                    Plaintiffs,<br><br>v.<br><br>KATIE HASS, in her official capacity as Director of the Utah Division of Consumer Protection; SEAN REYES, in his official capacity as Utah Attorney General,<br><br>                    Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:24-cv-00031-RJS-CMR<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

Under Local Rule 83-1.4(b), notice is hereby given that attorney David W. Rubin withdraws as counsel on behalf of Plaintiffs Hannah Zoulek, Jessica Christensen, Lu Ann Cooper, M.C., Val Snow, and Utah Youth Environmental Solutions. Plaintiffs continue to be represented by Robert Corn-Revere, Adam Sieff, Ambika Kumar, Chelsea Kelly, David M. Gossett, and Jerome H. Mooney. Plaintiffs' continuing attorneys are aware of and will comply with all pending deadlines, hearings, and trial dates.

Dated: May 12, 2026

Respectfully Submitted,

*/s/ David W. Rubin*
DAVID W. RUBIN
CA Bar No. 329852; DC Bar No. 90021100
FOUNDATION FOR INDIVIDUAL RIGHTS AND
  EXPRESSION
700 Pennsylvania Ave. SE, Suite 340
Washington, DC 20003
Tel: (215) 717-3473
david.rubin@fire.org

1

**CERTIFICATE OF SERVICE**

Plaintiffs' counsel confirms that a true and correct copy of the foregoing was served via the Court's electronic filing system on this day, May 12, 2026. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated below and parties may access this filing through the Court's electronic filing system.

**David N. Wolf**
**Douglas J. Crapo**
**Lance F. Sorenson**
**Alexandra Butler**
UTAH ATTORNEY GENERAL'S OFFICE
160 E. 300 S. 5th Fl.
PO Box 140857
Salt Lake City, UT 84111
dnwolf@agutah.gov
crapo@agutah.gov
lancesorenson@agutah.gov
alexandrabutler@agutah.gov

*Counsel for Defendants*

Dated: May 12, 2026

*/s/ David Rubin*

2